UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
          :
JENISA ANGELES,          :
                  Plaintiff,  :
          :    20 Civ. 8154 (LGS)
    -against-         :
          :    <u>ORDER</u>
THE SHADE STORE, LLC,  :
          :
                  Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Defendant has not yet appeared.

    WHEREAS, on December 15, 2020, the Court issued an Order directing Plaintiff to file her default judgment materials by January 18, 2021, (Dkt. No. 10), and no such materials have been filed. It is hereby

    **ORDERED** that by **January 25, 2021**, Plaintiff shall file default judgment materials pursuant to Attachment A of this Court's Individual Rules. Failure to do so will result in dismissal and closure of the case for failure to prosecute.

Dated: January 20, 2021
       New York, New York

                                          LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE